**CLEARFIELD & KOFSKY**
By: Keith W. Kofsky, Esquire                         **Attorney for Plaintiff**
Identification No.: 65725
Suburban Station Building - Suite 355
1617 JFK Boulevard
Philadelphia, PA  19103
(215) 563-6333

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BEVERLY SANDS** : | |
| : | |
| v. : | **CIVIL ACTION NO.   2:15-cv-4733-WB** |
| : | |
| **FEDERAL GROUND PACKAGE** : | |
| **SYSTEM, INC. and FEDEX FREIGHT** : | |
| **INC. and FEDEX CORPORATE** : | |
| **SERVICES, INC. and FEDEX** : | |
| **CUSTOM CRITICAL INC. and FEDEX** : | |
| **SMARTPOST INC. and FEDEX** : | |
| **SUPPLY CHAIN SYSTEMS, INC. and** : | |
| **FEDEX TECH CONNECT, INC. and** : | |
| **FEDEX EXPRESS and FEDEX** : | |
| **GROUND and FEDEX HOME** : | |
| **DELIVERY SYSTEM, INC. and** : | |
| **DAVID W. RUSSELL** : | |

### ORDER TO MARK ACTION SETTLED, DISCONTINUED AND ENDED

TO THE PROTHONOTARY:

    Kindly mark the above action settled, discontinued and ended upon payment of your costs only.

                                        **CLEARFIELD & KOFSKY**

                            By: _____
                                 **KEITH W. KOFSKY, ESQUIRE**
                                 **Attorney for Plaintiff**