IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEVERLY SANDS,<br>    Plaintiff,<br><br>v.<br><br>FEDERAL GROUND PACKAGE SYSTEM INC., FEDEX FREIGHT INC., FEDEX CORPORATE SERVICES, INC., FEDEX CUSTOM CRITICAL, INC., FEDEX SMARTPOST, INC., FEDEX SUPPLY CHAIN SYSTEMS, INC., FEDEX TECH CONNECT, INC, FEDEX EXPRESS, FEDEX GROUND, FEDEX HOME DELIVERY SYSTEM, INC. AND DAVID W. RUSSELL,<br>    Defendants. | CIVIL ACTION<br><br><br>NO. 15-4733 |

## ORDER

**AND NOW**, this 8th day of December, 2015, upon consideration of the Order To Mark Action Settled, Discontinued And Ended (Document No. 2, filed October 15, 2015), **IT IS ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

_____
WENDY BEETLESTONE, J.